UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEE TUCKER, | ) |
| Plaintiff, | ) ) ) |
| | ) No. 3:08-01035 |
| v. | ) **JUDGE HAYNES** |
| | ) |
| TRANSCOR AMERICA, LLC, et al., | ) ) |
| Defendants. | ) |

## ORDER

Before the Court is the Defendants' renewed and supplemental motions to dismiss (Docket Entry Nos. 15 and 16) contending, in sum, that Plaintiff's claims under 42 U.S.C. § 1983 and his state common law claims are barred by the applicable one year statute of limitations. Plaintiff's claims arise from the Defendants' transport of him on July 1, 2006. Plaintiff filed this action on January 7, 2008. Plaintiff has not contested this motion.

Upon review of the motions and supporting memorandum, the Defendants' renewed motion to dismiss (Docket Entry No. 15) and supplemental motion to dismiss (Docket Entry No. 16) are **GRANTED** and this action is **DISMISSED with prejudice** as untimely claims under applicable federal and state laws. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the _9th_ July, 2009.

William J. Haynes, Jr.
United States District Judge